IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LAWRENCE CARTY, et al., | Civil No. 94-78 |
| Plaintiffs, | |
| v. | **ORDER REGARDING PLAINTIFFS' THIRTEENTH SUPPLEMENTAL MOTION FOR REASONABLE ATTORNEYS' FEES AND EXPENSES** |
| JOHN DEJONGH, et al., | |
| Defendants. | |

**THIS MATTER** having come before the Court on Plaintiffs' Thirteenth Supplemental Motion for Reasonable Attorney's Fees and Expenses;

The Court having reviewed the record and considered the submissions of the parties;

For the reasons set forth in the foregoing Opinion of this date;

**IT IS** on this 10th day of November, 2008, hereby ordered that Plantiffs' motion is granted; and

**IT IS FURTHER ORDERED** that Defendants pay Plaintiffs' attorney fees and costs in the amount of $78,493.75 to satisfy Plaintiffs' Thirteenth Supplemental Motion for Reasonable Attorneys' Fees and Expenses from December 6, 2005 to December 6, 2006; and

**IT IS FURTHER ORDERED** that Defendants remit said payment to the National Prison Project of the American Civil Liberties Union Foundation, Inc. within thirty (30) days of this Order. Interest shall accrue in accordance with applicable provisions of Virgin Islands Law.

_____
HONORABLE STANLEY S. BROTMAN
United States District Judge
(Sitting by Designation)