```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS AND ST. JOHN

LAWRENCE CARTY, et al.,         )
                                )
            Plaintiff,          )
                                )
      v.                        )    Civil No. 94-78
                                )
KENNETH MAPP, et al.,           )
                                )
            Defendants.         )
                                )
```

ATTORNEYS:

**Eric Balaban**
National Prison Project of the ACLU
Washington, DC
   *For the plaintiff Lawrence Carty,*

**Claude Walker, Acting AG**
**Shari N D'Andrade, AAG**
**Carol Thomas-Jacobs, AAG**
**Richard Schrader, JR, AAG**
**Ariel Marie Smith-Francois, AAG**
Virgin Islands Department of Justice
Christiansted, VI
   *For the defendant Governor Kenneth Mapp.*

## ORDER

**GÓMEZ, J.**

On November 15, 2018, the Court held a telephonic status conference in this matter. At that conference, Lawrence Carty ("Carty") indicated that certain documents and videos that had been requested from Kenneth Mapp ("Mapp") had not yet been provided by Mapp. Thereafter, Mapp agreed to produce the outstanding documents and videos not later than November 19, 2018. In light of the late submission of the documents and

videos, Carty requested an extension of time within which to file its Quarterly Status Report.

The premises considered, it is hereby

**ORDERED** that Carty's motion to compel and for an extension of time (ECF No. 1048) is **GRANTED**; it is further

**ORDERED** that Mapp shall produce all documents requested by Carty as set forth in Exhibit D (ECF No. 1048-4) to Carty's motion, and all videos requested by Carty during class counsel's October 30-November 2, 2018, site visit, for Carty's receipt by Monday, November 19, 2018; and it is further

**ORDERED** that the deadline for Carty to file a Quarterly Status Report is hereby **EXTENDED** to November 23, 2018.

                                           **S\_____**
                                              **Curtis V. Gómez**
                                              **District Judge**