**DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS & ST. JOHN**

| | |
|---|---|
| LAWRENCE CARTY, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 1994-78 |
| | ) |
| KENNETH MAPP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ATTORNEYS:**

**Eric Balaban**
National Prison Project of the ACLU
Washington, DC
   *For the plaintiff Lawrence Carty,*

**Joseph Ponteen, Acting Attorney General**
**Shari N D'Andrade, AAG**
**Carol Thomas-Jacobs, AAG**
Virgin Islands Department of Justice
Christiansted, VI
   *For the defendant Governor Kenneth Mapp.*

## ORDER

**GÓMEZ, J.**

The parties in this matter have reached agreement on several goals that Governor Kenneth Mapp and the Bureau of Corrections ("BOC") will achieve within the current quarter ending February 1, 2019. *See* ECF No. 1059 Ex. A. Lawrence Carty has filed a motion requesting that the Court order two additional quarterly goals that the BOC should accomplish within the current quarter. *See* ECF No. 1059. One such suggested goal is to complete training on the following Use of Force policies:

Carty v. Mapp
Civil No. 94-78
Order
Page 2

Umbrella Use of Force, Restraint Devices, Video Recording, Cell Extractions, and Reporting Requirements.

The premises considered, it is hereby

**ORDERED** that by the end of the current quarter, the BOC shall submit a plan detailing how and when training will be completed on the Use of Force policies including: Umbrella Use of Force, Restraint Devices, Video Recording, Cell Extractions, and Reporting Requirements; it is further

**ORDERED** that no later than March 15, 2019, the BOC shall complete training on the Use of Force policies including: Umbrella Use of Force, Restraint Devices, Video Recording, Cell Extractions, and Reporting Requirements; it is further

**ORDERED** that Carty's motion for additional goals, ECF No. 1059, is **DENIED**; and it is further

**ORDERED** that Carty's motion for additional goals, ECF No. 1035, is **MOOT.**

S\_____
**Curtis V. Gómez**
**District Judge**