DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

|  |  |  |
|---|---|---|
| LAWRENCE CARTY, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No. 1994-78 |
| v. | ) | |
| | ) | |
| ALBERT BRYAN, et al.,[1] | ) | |
| | ) | |
| Defendants. | ) | |

ATTORNEYS:

**Eric Balaban**
National Prison Project of the ACLU
Washington, DC
   *For the plaintiff Lawrence Carty,*

**Carol Thomas-Jacobs, Acting Attorney General**
**Shari N D'Andrade, AAG**
**Richard Schrader, JR, AAG**
**Ariel Marie Smith-Francois, AAG**
Virgin Islands Department of Justice
Christiansted, VI
   *For the defendants.*

## ORDER

**GÓMEZ, J.**

On February 22, 2019, the Court held an evidentiary hearing in this matter. At that hearing, Lawrence Carty ("Carty") and the Bureau of Corrections ("BOC") were each afforded an opportunity to present evidence and to be heard. Additionally,

---
[1] Pursuant to Federal Rule of Civil Procedure 25(d), the caption of this matter was changed to reflect the substitution of the current Governor of the Virgin Islands as a party.

the Court expressed concerns regarding BOC's continuing failure to provide for the timely transfer of seriously mentally ill prisoners in need of inpatient or intermediate care as required by the settlement agreement. The Court inquired of the parties as to whether the appointment of a receiver should be considered in this matter given the nearly 25-year history of non-compliance.

The premises considered, it is hereby

**ORDERED** that by no later than 3:00 P.M. on April 1, 2019, the parties shall each file a brief with the Court addressing whether the Court should consider appointing a receiver; and, if so, whether the Court should schedule a show cause hearing regarding such appointment.

S\_____
**Curtis V. Gómez**
**District Judge**