```
                DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. THOMAS & ST. JOHN


LAWRENCE CARTY, et al.,        )
                               )
           Plaintiff,          )
                               )
      v.                       )    Civil No. 1994-78
                               )
ALBERT BRYAN, et al.,          )
                               )
           Defendants.         )
                               )
```

**ATTORNEYS:**

**Eric Balaban**
National Prison Project of the ACLU
Washington, DC
    *For the plaintiff Lawrence Carty,*

**Denise George-Counts, Attorney General**
**Carol Thomas-Jacobs, AAG**
**Ariel Marie Smith-Francois, AAG**
Virgin Islands Department of Justice
Christiansted, VI
    *For the defendant Governor Albert Bryan.*


<u>**ORDER**</u>

**GÓMEZ, J.**

On September 11, 2019, the Court held a quarterly evidentiary hearing in this matter. After the evidentiary hearing, the parties met with the Court briefly to discuss the near-term, mid-term, and long-term tasks suggested by the Court Experts in response to the Court's August 2, 2019, order. *See* Order, August 2, 2019, ECF No. 1133; A Plan of Near-Term, Mid-

term and Long-Term Objectives to Achieve Substantial Compliance with Settlement Agreement Provisions, ECF No. 1143-1; Proposed Near, Mid and Long-Term Mental Health Tasks, ECF No. 1144-1. Such tasks were suggested as one pathway by which the Virgin Islands Bureau of Corrections ("BOC") could come into substantial compliance with the Settlement Agreement adopted and entered as an Order of the Court on August 29, 2013, (the "2013 Settlement Agreement") and the October 12, 1994, Settlement Agreement (the "1994 Settlement Agreement") in this matter.

At the post-hearing conference, the BOC reasserted several of the objections it had filed in response to the tasks recommended by the Court Experts. *See* Defs.' Objections to the Ct. Experts Proposed Near-Term, Mid-Term and Long Term Tasks, ECF No. 1159. Significantly, the BOC has not presented any alternative tasks by which it could achieve substantial compliance with the 1994 and 2013 Settlement Agreements.

The premises considered, it is hereby

**ORDERED** that, no later than 3:00 p.m. on September 25, 2019, the BOC shall file a plan proposing specific, demonstrable, and tangible tasks necessary to be undertaken to

*Carty, et al., v. Bryan, et al.*
Civil No. 94-78
Order
Page 3

obtain substantial compliance with the provisions of the 1994 and 2013 Settlement Agreements; it is further

    **ORDERED** that to the extent he wishes to do so, Carty shall file any response to the BOC's proposed plan by no later than 3:00 p.m. on October 1, 2019.

                                       S\_____
                                             **Curtis V. Gómez**
                                             **District Judge**