**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN**

|  |  |
|---|---|
| LAWRENCE CARTY, et al., | Civil No. 94-78 |
| Plaintiffs, | |
| v. | |
| ALBERT BRYAN, et al., | |
| Defendants. | |

**STIPULATED PROTECTIVE ORDER
GOVERNING CONFIDENTIAL INFORMATION AND VIDEO FOOTAGE**

The parties hereby submit this proposed Protective Order for the purpose of ensuring that confidential information and video footage submitted by the Territory, whether pursuant to compulsory process or voluntarily, is not improperly disclosed. Accordingly, the parties, by their undersigned counsel, hereby stipulate, subject to approval and entry by the Court, as follows:

**Confidential Information**

1. For all documents prepared by the Bureau of Corrections and identified as confidential, Defendants shall produce an unredacted copy, as well as a redacted copy, removing the names of the correctional officer(s), staff, and/or inmates who are the target(s) of the investigation, as well as the identities of any officers, prisoners, or staff who are confidential sources of information for the report.

2. The parties and their respective counsel agree not to disclose, share, transmit or otherwise disseminate confidential information, except as authorized by this order.

3. The parties shall only file or otherwise introduce in the record the redacted copy of the report with the Court, absent further agreement or court order.

**Video Footage**

1. For all video footage prepared by the Bureau of Corrections, the parties shall produce the requested media in camera, allowing for the viewing of the video footage in private with only the judge, Court clerk, the parties, and witnesses in attendance.

2. The parties only shall file or otherwise introduce in the record the incident report associated with the video footage with the Court, absent further agreement or court order.

| | |
|---|---|
| **/s/ ERIC BALABAN** | **/s/ KELVIN L. VIDALE** |
| National Prison Project of the ACLU Foundation | Special Assistant Attorney General |
| 915 15th Street | Bureau of Corrections |
| Seventh Floor | RR 1, Box 9909 |
| Washington, DC 20005 | Kingshill, VI 00850 |
| Telephone: (202) 393-4930 | Telephone: (340) 773-6309 |
| Facsimile: (202) 393-4931 | Facsimile: (340) 719-0388 |
| E-mail: ebalaban@aclu.org | E-mail: kelvin.vidale@boc.vi.gov |
| | |
| Dated: ____ day of March, 2021 | Dated: ____ day of March, 2021 |

SO ORDERED this ____ day of _____, 2021.

By _____
Robert A. Molly
UNITED STATES DISTRICT JUDGE

Copies to:

ARCHIE JENNINGS
Disability Rights Center of the Virgin Islands
9003 Havensight Mall, Suite 313
St. Thomas, VI 00802
Telephone: (340) 776-4303
E-mail: archie@drcvi.org
Fax: (202) 393-4931
E-mail: ebalaban@aclu.org

KIPPY ROBERSON
Disability Rights Center of the Virgin Islands
63 Cane Carlton
Frederiksted, VI 00840
Telephone: (340) 772-1200
E-mail: kippy@drcvi.org

CAROL THOMAS-JACOBS
Deputy Attorney General
Virgin Islands Department of Justice
Office of the Attorney General
8050 Kronprindens Gade
St. Thomas, VI 00802
Telephone: (340) 774-5666
Fax: (340) 776-3493
E-mail: carol.jacobs@vi.gov