IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| LAWRENCE CARTY, ET AL., ) | |
| ) | Civil Action No. 1994-78 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| ALBERT BRYAN, ET AL., ) | |
| ) | |
| Defendants. ) | |

**Order**

Having considered Defendants' Motion for a Protective Order to Produce Video Footage in Camera, **IT IS ORDERED** that Defendants' Motion is **GRANTED**.

**SO ORDERED** this _____ day of _____, 2021.

_____
Hon. Judge Robert A. Molloy