# DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **LAWRENCE CARTY, et al.,** )<br>)<br>**Plaintiffs,** )<br>)<br>v. )<br>)<br>**ALBERT BRYAN, et al.,** )<br>)<br>**Defendants.** )<br>) | Case No. 3:94-cv-0078 |

**APPEARANCES:**

**Eric Balaban, Esq.**
National Prison Project of the ACLU
Washington, D.C.
    *For the Plaintiffs,*

**Archie Jennings, Esq.**
Disability Rights Center of the Virgin Islands
St. Thomas, V.I.
    *For the Plaintiffs,*

**Kelvin L. Vidale, Special Assistant Attorney General**
Government of the Virgin Islands
Bureau of Corrections
St. Croix, V.I.
    *For the Defendants.*

# ORDER

For the reasons stated on the record during the status conference held January 20, 2022, it is hereby

**ORDERED** that the Parties' Joint Motion to Modify Filing and Hearing Dates, ECF No. 1317, is **GRANTED**; it is further

**ORDERED** that Defendant's Motion to Modify Filing and Hearing Dates Out of Time, ECF No. 1319, and Plaintiff's Motion for Leave to File Objections to Defendants' Notice of

Case: 3:94-cv-00078-RAM-RM   Document #: 1323   Filed: 01/24/22   Page 2 of 2

*Carty et al. v. Bryan et al.*
Case. No. 3:94-cv-0078
Order
Page 2 of 2

Compliance with All Remedial Provisions Out of Time, ECF No. 1320, are **GRANTED**. The respective notices **SHALL** be considered timely filed; it is further

**ORDERED** that, within five (5) days of the date of entry of this Order, Defendants **SHALL** file a Notice identifying a representative from the Virgin Islands Department of Property and Procurement with sufficient knowledge and authority to speak on issues concerning the ability of the Court appointed experts to receive the appropriate compensation from the Government of the Virgin Islands; it is further

**ORDERED** that, within seven (7) days of the date of entry of this Order, the Parties **SHALL** file a joint notice advising the Court of the status of the selection of replacement experts, in light of the representations made during the January 20, 2022 status conference that certain Court appointed experts are no longer willing and/or able to continue to serve in this case.

**Date:** January 24, 2022               /s/ *Robert A. Molloy*
                                         **ROBERT A. MOLLOY**
                                         **Chief Judge**