**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | |
|---|---|
| **LAWRENCE CARTY**, *et al.*, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Case No. 3:94-cv-0078** |
| ) | |
| **ALBERT BRYAN**, *et al.*, ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## ORDER

**THIS MATTER** comes before the Court on the Virgin Islands' Motion for Protective Order to View Security Surveillance Video Footage in Camera. ECF No. 1282. After careful consideration and review, it is hereby

**ORDERED** that the Virgin Islands' motion for a protective order, ECF No. 1282, is **DENIED;** it is further

**ORDERED** that the Defendants shall provide access to the video footage at issue in ECF No. 1282 to Plaintiffs' counsel no later than 14 days from date of entry of this Order; it is further

**ORDERED** that if Defendants believe that providing access to the video footage in question would compromise the health or safety of Bureau of Corrections employees, officers, or inmates, Defendants **SHALL** file a Notice with the Court, under seal, no later than ten days of the date of entry of this specifically detailing how any disclosure would compromise the health or safety of any individual identified above. Failure to comply with this Order will result in Defendants waiving its right to challenge the disclosure of the video footage.

**Dated:** March 15, 2023

_s/ Robert A. Molloy_____
**ROBERT A. MOLLOY**
**Chief Judge**