**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

**LAWRENCE CARTY, *et al.*,**

**Plaintiffs,**

**v.**

**ALBERT BRYAN, *et al.*,**

**Defendants.**

**Case No. 3:94-cv-0078**

**ORDER**

**THIS MATTER** is before the Court upon the parties Joint Scheduling Proposal for Upcoming Expert Monitoring and Reports (ECF No. 1639), filed on May 21, 2026. Upon review and due consideration thereof, it is hereby

**ORDERED** that, for the monitoring period of February 1, 2026-July 31, 2026, the Experts will look at policies that are in effect during this period, regardless of the date they came into effect; the Experts will look at whether the training that staff have had as of the end of the period is adequate[1]; and, most documents will be requested by the Experts for production during the summer; it is further

**ORDERED** that monitoring tours **SHALL** be conducted the week of September 14-18, 2026, and any follow-up documents requested during the Expert tours **SHALL** be provided by September 30, 2026; it is further

**ORDERED** that Experts **SHALL** provide drafts to all parties for comment by no later than October 26, 2026; it is further

[1] This means that, for example, if training is supposed to be annual, they will look at whether the training has occurred within the year prior to the end of the monitoring period.

**ORDERED** that Expert reports **SHALL** be filed with the Court by no later than November 9, 2026; it is further

**ORDERED** that the parties file any response or objection to the Expert reports by no later than November 16, 2026; it is further

**ORDERED** that a telephonic status conference with counsel **SHALL** commence promptly at 11:00 a.m. (AST) on Friday, November 20, 2026, before Chief Judge Robert A. Molloy. Call-in information will be provided to the parties by the Court. The public and any individual not actively participating in this conference may access the audio of the proceeding in this matter by calling 1-855-244-8681 Call-in toll-free number (US/Canada) or 1-650-479-3207 Call-in toll number (US/Canada) and entering access code 2307 213 4330; it is further

**ORDERED** that the next monitoring period **SHALL** end January 31, 2027, and monitoring tours **SHALL** be conducted in March 2027.

**Date**: July 30, 2026

*/s/ Robert A. Molloy*
**ROBERT A. MOLLOY**
**Chief Judge**